UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| BRENDA LEE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-0486-PMP-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN JOHNSON; *et al*., | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion to Reopen Case (#6).

The Court having reviewed the Motion (#6) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Reopen Case (#6) is **DENIED**. Plaintiff should file a new case based on the recently received right to sue letter.

DATED this  16th  day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge